UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Gano, David & Mary
Debtor(s).

13-59961-D
(Chapter 7)

Hon. Walter Shapero

_____/

TRUSTEE'S OBJECTIONS TO EXEMPTIONS

The Trustee states:

1. The debtor(s) has exempted certain property on Schedule C of the bankruptcy schedules.

2. The Trustee hereby objects to the following exemptions for the following reasons:
The debtors have taken exemptions on assets whose values exceed the limits allowed under 11 USC §522(d)(5). To the extent that these values the allowable limits, the Trustee objects to those exemptions taken.

In addition, to the extent that any contributions to debtor's pension plan are voidable as voidable conveyances, the Trustee objects to the pension plan exemption taken under 11 USC §522(d)(12).

Dated: 12/30/2013

　　　/s/ Douglas Ellmann
Douglas S. Ellmann (P34617)
Ellmann & Ellmann PC
Attorneys for Trustee
308 West Huron
Ann Arbor, MI   48103
734 668 4800
dse@ellmannlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

In re:  13-59961-D

    Gano, David & Mary

        Debtor(s). Hon. Walter Shapero

_____/ (Chapter 7)

ORDER APPROVING OBJECTIONS TO EXEMPTIONS

This matter having come on to be heard upon the Trustee's Objections to Exemtpions and the Court having reviewed it and being otherwise fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED that the Trustee's Objections to Exemptions are granted, the exemption(s) objected to are disallowed, and the Trustee may administer the (Property) described in the objection for the benefit of the estate.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
                                                  13-59961-D  
                                                  (Chapter 7)

Gano, David & Mary  
     Debtor(s).  
                                                  Hon. Walter Shapero

_____/

NOTICE OF TRUSTEE'S OBJECTION TO EXEMPTIONS

     Ellmann & Ellmann P.C. has filed papers with the court to disallow certain of your exemptions.

     **<u>Your rights may be affected.</u>** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

     If you do not want the court to approve the attorney fees for or if you want the court to consider your views on the motion application. Within <u>14</u> days, you or your attorney must:

     1.    File with the court a written response or an answer, explaining your position at:  
           United States Bankruptcy Court  
           211 W. Fort Street, Suite 2100  
           Detroit, MI 48226

     If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.  
           You must also mail a copy to:  
           Douglas S. Ellmann  
           308 W. Huron  
           Ann Arbor, MI 48103

     2.    If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

     **If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: 12/30/2013

                                                                    /s/ Douglas Ellmann  
                                                     Douglas S. Ellmann (P34617)  
                                                     Ellmann & Ellmann PC  
                                                     Attorneys for Trustee  
                                                     308 West Huron  
                                                     Ann Arbor, MI 48103  
                                                     734 668 4800  
                                                     dse@ellmannlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  13-59961-D

   Gano, David & Mary

      Debtor(s).  Hon. Walter Shapero

                                                        /  (Chapter 7)

BRIEF IN SUPPORT OF TRUSTEE'S OBJECTION TO DEBTOR'S EXEMPTION(S)

   Douglas Ellmann, Trustee, relies upon the following in support of his objection(s):

11 USC §522(d)(5) and 522 (d)(12). In addition, In re Loomer, 222 BR 618 (Neb. Bkrtcy. 1998). A bankruptcy trustee may avoid the transfer of any property interest of a debtor that was made within one year before the filing of a bankruptcy petition if the debtor made the transfer with an intent to hinder, delay, or defraud any entity to which it was indebted on or after the date that the transfer occurred. Am. Jur. 2d, Bankruptcy § 2020 This rule has been applied to permit a bankruptcy trustee to avoid contributions made by a physician to a profit-sharing plan after the physician allowed his medical malpractice insurance to lapse and, thus, assumed the risk for any possible malpractice claims, on the grounds that it would have been unjust to allow the physician to shield contributions to a plan governed by ERISA from malpractice claimants. *Matter of La Fata*, 41 B.R. 842 (Bankr. E.D. Mich. 1984). Michigan law allows for the avoidance of fraudulent transfers or conversions of non-exempt property into exempt property. See, e.g. *In re Elkins*, 94 B.R. 932 (Bankr. W.D. Mich. 1988); *Glazer v. Beer*, 343 Mich. 495, 498 (1955); *McCaslin v. Schouten*, 294 Mich. 180 (1940).

   Dated: 12/30/2013

                                                          /s/ Douglas Ellmann_P34617
                                                         Ellmann & Ellmann PC
                                                         Attorneys for Trustee
                                                         308 West Huron
                                                         Ann Arbor, MI  48103
                                                         734 668 4800
                                                         dse@ellmannlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  13-59961-D
(Chapter 7)

Gano, David & Mary
　　　　Debtor(s).

Hon. Walter Shapero

_____/

Certificate of Service

The objection to debtor's exemptions, brief in support, 14 day notice, and certificate of service
were served upon the debtor via counsel of record , counsel of record, and the US Trustee via electronic case
filing:

Dated: 12/30/2013

　　　　　　　　　　　　　　　　　　　　　　__/s/ Douglas Ellmann_____

　　　　　　　　　　　　　　　　　　　　　　Douglas S. Ellmann (P34617)
　　　　　　　　　　　　　　　　　　　　　　Ellmann & Ellmann PC
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Trustee
　　　　　　　　　　　　　　　　　　　　　　308 West Huron
　　　　　　　　　　　　　　　　　　　　　　Ann Arbor, MI   48103
　　　　　　　　　　　　　　　　　　　　　　734 668 4800