# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | | |
|---|---|---|---|---|
| Case No.: | 13-59961-WS | | Trustee Name: | Douglas S. Ellmann |
| Case Name: | GANO, DAVID BARCLAY AND GANO, MARY KATHRYN | | Date Filed (f) or Converted (c): | 10/30/2013 (f) |
| For the Period Ending: | 2/7/2014 | | §341(a) Meeting Date: | 12/04/2013 |
| | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Residence: Primary Residence Location: 345 N County Line Hwy Deerfield, MI 49238 | $215,000.00 | $0.00 | | $0.00 | FA |
| 2  Rental: Single Family Rental Location: 322 Lathrop, Lansing, MI 48912 | $47,200.00 | $0.00 | | $0.00 | FA |
| 3  Rental: Single Family Rental Location: 331 Jones St, Lansing, MI 48912 | $53,600.00 | $0.00 | | $0.00 | FA |
| 4  Rental: Single Family Rental Location: 1130 E. Kalamazoo, Lansing, MI 48912 | $29,200.00 | $0.00 | | $0.00 | FA |
| 5  Rental: Single Family Rental Location: 1235 N. Capitol Ave., Lansing, MI 48906 | $40,000.00 | $0.00 | | $0.00 | FA |
| 6  Rental: Duplex Location: 518 Chilson Ave., Lansing, MI 48906 | $60,400.00 | $0.00 | | $0.00 | FA |
| 7  Rental: Single Family Rental Location: 2705 Cabot Dr., Lansing, MI 48911 | $43,200.00 | $0.00 | | $0.00 | FA |
| 8  Rental: Single Family Rental Location: 712 Washington St., Monroe MI 48161 | $92,680.00 | $0.00 | | $0.00 | FA |
| 9  Rental: Single Family Rental Location: 1835 Lyons Ave., Lansing, MI 48910 | $35,000.00 | $0.00 | | $0.00 | FA |
| 10  Rental: Single Family Rental Location: 527 E. Sheridan Rd., Lansing, MI 48906 | $31,800.00 | $0.00 | | $0.00 | FA |
| 11  Rental: Single Family Rental Location: 1702 Lyons Ave., Lansing, MI 48910 | $37,200.00 | $0.00 | | $0.00 | FA |
| 12  Checking Account: Owned By Both Spouses; Acct # 1195; Use Account To Pay All Outgoing Bills Location: Bank Of America;232 Tecumseh St Dundee, MI 48131 | $4,308.04 | $0.00 | | $0.00 | FA |
| 13  Checking Account: Both Spouses Are On Account; 5181 Location: Education Plus Credit Union, 15470 S. Telegraph P.O. Box 1928, Monroe, MI 48161 | $106.94 | $0.00 | | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 2

| | |  | |
|---|---|---|---|
| **Case No.:** | 13-59961-WS | **Trustee Name:** | Douglas S. Ellmann |
| **Case Name:** | GANO, DAVID BARCLAY AND GANO, MARY KATHRYN | **Date Filed (f) or Converted (c):** | 10/30/2013 (f) |
| **For the Period Ending:** | 2/7/2014 | **§341(a) Meeting Date:** | 12/04/2013 |
| | | **Claims Bar Date:** | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 14 | Savings Account: 7740; Both Spouses Are On Account Location: Bank Of America; 232 Tecumseh St Dundee, MI 48131 | $59.53 | $0.00 | | $0.00 | FA |
| 15 | Savings Account: 5181-S1; Both Spouses Are On The Account Location: Education Plus Credit Union 15470 South Telegraph Monroe, MI 48161 | $55.00 | $0.00 | | $0.00 | FA |
| 16 | Savings Account: 3012 - Savings Account Location: Pentagon Federal Credit Union Box 1432 Alexandria, VA 22313-2032 | $205.14 | $0.00 | | $0.00 | FA |
| 17 | Savings Account: 5181s2 Location: Education Plus Credit Union 15470 South Telegraph Monroe, MI 48161 | $0.03 | $0.00 | | $0.00 | FA |
| 18 | Savings Account: 5181-s2.1 Location: Education Plus Credit Union 15470 South Telegraph Monroe, MI 48161 | $0.04 | $0.00 | | $0.00 | FA |
| 19 | Savings Account: 5181-s2.2 Location: Education Plus Credit Union 15470 South Telegraph Monroe, MI 48161 | $0.04 | $0.00 | | $0.00 | FA |
| 20 | Savings Account: 5181-s2.3 Location: Education Plus Credit Union 15470 South Telegraph Monroe, MI 48161 | $6.25 | $0.00 | | $0.00 | FA |
| 21 | Savings Account: 5181-s2.4 Location: Education Plus Credit Union 15470 South Telegraph Monroe, MI 48161 | $117.24 | $0.00 | | $0.00 | FA |
| 22 | Checking Account: 2011; This Is Business Checking Account- Both Spouses Are On Account Location: Bank Of America; 232 Tecumseh St Dundee, MI 48131 | $26.00 | $0.00 | | $0.00 | FA |
| 23 | Savings Account: 72681871; Spouse Own Account Location: Capital One 360 P.O. Box 60 St. Cloud, MN 56302-0060 | $1.09 | $0.00 | | $0.00 | FA |

| Case No.: | 13-59961-WS | | Trustee Name: | Douglas S. Ellmann |
|---|---|---|---|---|
| Case Name: | GANO, DAVID BARCLAY AND GANO, MARY KATHRYN | | Date Filed (f) or Converted (c): | 10/30/2013 (f) |
| For the Period Ending: | 2/7/2014 | | §341(a) Meeting Date: | 12/04/2013 |
| | | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 24 | Savings Account: 77053035; Location: Capital One 360 P.O. Box 60 St. Cloud, MN 56302-0060 | $223.77 | $0.00 | | $0.00 | FA |
| 25 | Savings Account: 77053165 Location: Capital One 360 P.O. Box 60 St. Cloud, MN 56302-0060 | $224.34 | $0.00 | | $0.00 | FA |
| 26 | Savings Account: 77053325; Location: Capital One 360 P.O. Box 60 St. Cloud, MN 56302-0060 | $224.34 | $0.00 | | $0.00 | FA |
| 27 | Savings Account: 79317928; Location: Capital One 360 P.O. Box 60 St. Cloud, MN 56302-0060 | $61.98 | $0.00 | | $0.00 | FA |
| 28 | Savings Account: 79318167 Location: Capital One 360 P.O. Box 60 St. Cloud, MN 56302-0060 | $221.04 | $0.00 | | $0.00 | FA |
| 29 | Savings Account: 79318288 Location: Capital One 360 P.O. Box 60 St. Cloud, MN 56302-0060 | $223.01 | $0.00 | | $0.00 | FA |
| 30 | Savings Account: 79318363; Location: Capital One 360 P.O. Box 60 St. Cloud, MN 56302-0060 | $200.72 | $0.00 | | $0.00 | FA |
| 31 | Furniture: 1 Couch Set, 1 Recliner, 1 Large Love Seat, 1 King Size Bed, 2 Double Beds, 5 Single Beds, 2 Office Desks, 2 Bookshelves, 1 Large Oak Furniture Shelve Unit, 4 Dressers, 2 Wood End Table Cabinets By Bed, 2 Old Wooden Desks Location: 345 N County Line Hwy, Deerfield, MI 49238 | $1,500.00 | $0.00 | | $0.00 | FA |

| Case No.: | 13-59961-WS | | Trustee Name: | Douglas S. Ellmann |
|---|---|---|---|---|
| Case Name: | GANO, DAVID BARCLAY AND GANO, MARY KATHRYN | | Date Filed (f) or Converted (c): | 10/30/2013 (f) |
| For the Period Ending: | 2/7/2014 | | §341(a) Meeting Date: | 12/04/2013 |
| | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 32 Appliances: 1 Large Refrigerator Restaurant Style In Garage, 1 Upright Refrigerator In Kitchen, 1 Upright Freezer In Garage, 2 Microwaves, 1 Electric Stove, 1 Dishwasher, 1 Blender, 1 Toaster Oven, 1 Toaster, 1 Kitchen-aid Mixer, 1 Food Processor, 2 Crock Pots Location: 345 N County Line Hwy Deerfield, MI 49238 | $1,000.00 | $0.00 | | $0.00 | FA |
| 33 Household: Regular Set Of Dishes And Silverware Location: 345 N County Line Hwy Deerfield, MI 49238 | $20.00 | $0.00 | | $0.00 | FA |
| 34 Audio-Video: 1 Bose Stereo, 2 TVs Location: 345 N County Line Hwy Deerfield, MI 49238 | $550.00 | $0.00 | | $0.00 | FA |
| 35 Office: 1 Laptop Location: 345 N County Line Hwy Deerfield, MI 49238 | $200.00 | $0.00 | | $0.00 | FA |
| 36 Basic Set Of Handy Man Tools In Garage Location: 345 N County Line Hwy Deerfield, MI 49238 | $250.00 | $0.00 | | $0.00 | FA |
| 37 Books-Music: DVD Collection And CD Collection, 4 Shelves Of Books Location: 345 N County Line Hwy Deerfield, MI 49238 | $250.00 | $0.00 | | $0.00 | FA |
| 38 Clothes: 3 Child Sets Of Clothes, 2 Teen Sets Of Clothes, 2 Adults Sets Of Clothes Location: 345 N County Line Hwy Deerfield, MI 49238 | $600.00 | $0.00 | | $0.00 | FA |
| 39 Jewelry: 1 Diamond Engagement Ring, 1 Wedding Bands Location: 345 N County Line Hwy Deerfield, MI 49238 | $5,500.00 | $0.00 | | $0.00 | FA |
| 40 Disc Golf Set Location: 345 N County Line Hwy Deerfield, MI 49238 | $50.00 | $0.00 | | $0.00 | FA |
| 41 Traditional IRA ending in 7188 Location: TD Ameritrade; PO Box 2717, Omaha, NE 68103-271 | $1,673.00 | $0.00 | | $0.00 | FA |

| Case No.: | 13-59961-WS | Trustee Name: | Douglas S. Ellmann |
|---|---|---|---|
| Case Name: | GANO, DAVID BARCLAY AND GANO, MARY KATHRYN | Date Filed (f) or Converted (c): | 10/30/2013 (f) |
| For the Period Ending: | 2/7/2014 | §341(a) Meeting Date: | 12/04/2013 |
| | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 42 | NOIC 401(k) Plan Location: Merrill Lynch, C/O Ascensus, 200 Dryden Rd., Dresher, PA 19025 | $41,919.86 | $0.00 | | $0.00 | FA |
| 43 | Davita Stock Location: Don Chandler, Manager, Stock Plan Administration, P.O. Box 2076, Tacoma, WA 98401 **NOT VESTED UNTIL 2016** | $0.00 | $0.00 | | $0.00 | FA |
| 44 | Stock Brokerage Account ending in 0920 Location: TD Ameritade; PO Box 2717, Omaha, NE 68103-271 | $789.91 | $0.00 | | $0.00 | FA |
| 45 | M&M Medical, LLC Location: 345 N. County Line Hwy, Deerfield MI 49238 | $0.00 | $0.00 | | $0.00 | FA |
| 46 | Gano Real Estate Investments, LLC Location: 345 N. County Line Hwy, Deerfield MI 49238 Collects rent from rental proper through Reliance Management, LLc in Lansing, MI. Account receivables collected from Foster Swift Collins, and Einhorn in Lansing, MI. | $0.00 | $0.00 | | $0.00 | FA |
| 47 | Mary Kayke, LLC Location: 345 N. County Line Hwy, Deerfield MI 49238 | $4,082.89 | $0.00 | | $0.00 | FA |
| 48 | Estimated 2013 Federal Income Tax Refund - Prorated Location: 345 N. County Line Hwy, Deerfield MI 49238 | $2,715.33 | $0.00 | | $0.00 | FA |
| 49 | Estimated 2013 Michigan State Income Tax - Prorated Location: 345 N. County Line Hwy, Deerfield MI 49238 | $692.83 | $0.00 | | $0.00 | FA |
| 50 | Past due rent from Lynn Jarvis Judgment, 1st District Court Location: 345 N. County Line Hwy, Deerfield MI 49238 | $5,521.00 | $0.00 | | $0.00 | FA |
| 51 | Auto: 2001 GMC Denali; Over 314,000 Miles Location: 345 N County Line Hwy Deerfield, MI 49238 **Vehicle has damaged transfer case** | $4,948.00 | $0.00 | | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 13-59961-WS | Trustee Name: | Douglas S. Ellmann |
|---|---|---|---|
| Case Name: | GANO, DAVID BARCLAY AND GANO, MARY KATHRYN | Date Filed (f) or Converted (c): | 10/30/2013 (f) |
| For the Period Ending: | 2/7/2014 | §341(a) Meeting Date: | 12/04/2013 |
| | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 52 | Auto: 1998 Lexus GS400; Fair-Good Condition Location: 345 N County Line Hwy Deerfield, MI 49238 | $4,095.00 | $0.00 | | $0.00 | FA |
| 53 | Auto: 2009 Toyota Sienna Mini Van; Great Condition; 106,000 Miles Location: 345 N County Line Hwy Deerfield, MI 49238 | $17,094.00 | $0.00 | | $0.00 | FA |
| 54 | Auto: 1998 Toyota Avalon; 340,000 Miles; Fair Condition Location: 345 N County Line Hwy Deerfield, MI 49238 | $1,200.00 | $0.00 | | $0.00 | FA |
| 55 | Animals: 2 Labradors, 1 Maltepoo Dog, 2 Guinea Pigs, Fish Tank, Turtle Tank, 4 Cats, 1 Chicken Pen Location: 345 N County Line Hwy Deerfield, MI 49238 | $400.00 | $0.00 | | $0.00 | FA |
| 56 | Rents (u) | $0.00 | $2,000.00 | | $0.00 | $2,000.00 |
| 57 | Potential voidable conveyance (u) | $0.00 | $5,000.00 | | $0.00 | $5,000.00 |

**TOTALS (Excluding unknown value)**     $786,596.36     $7,000.00     **Gross Value of Remaining Assets**     $0.00     $7,000.00

**Major Activities affecting case closing:**
The Trustee is intends to collect rents from debtors' rental property, as well as investigate possible voidable conveyances made by the debtors.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 10/30/2016 | /s/ DOUGLAS S. ELLMANN |
| **Current Projected Date Of Final Report (TFR):** | 10/30/2016 | DOUGLAS S. ELLMANN |