BANKRUPTCY COURT FOR THE UNITED STATES
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

DAVID BARCLAY GANO
MARY KATHRYN GANO
              Debtor(s)
_____/

Case No. 13-59961-WS
Chapter 7
Judge: Walter Shapero

## ORDER RESOLVING TRUSTEE'S OBJECTION TO DEBTOR'S EXEMPTIONS

The parties having stipulated, and the Court being advised,

IT IS HEREBY ORDERED that the Stipulation is approved and that with respect to the Trustee's objections to exemptions, the following resolution is approved, subject to notice to interested parties,

IT IS ORDERED that the Debtors will pay the Trustee $8,500.00 over 36 months in settlement of all claims the Trustee may have against them, including but not limited to the Trustee's claim for any assets that exceed debtors' exemptions taken under 11 USC §522 (d)(5) limits, and his claim for any voidable transfers related to voluntary pension contributions made within 2 years of the filing date.

```
Signed on April 22, 2014
                                    /s/ Walter Shapero
                            Walter Shapero
                            United States Bankruptcy Judge
```