# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

Gano, David Barclay and Mary Kathryn

Debtors
_____/

Hon. Walter Shapero
13-59961-WS

(Chapter 7)

## ORDER APPROVING COMPROMISE OF CLAIM

This matter having come before the Court on the Trustee's Motion For Order Approving Compromise of Claim, and the Court having reviewed the pleadings and being otherwise fully informed about the matter,

IT IS HEREBY ORDERED that the Motion is granted and the Debtors shall pay to the Trustee $236.11 a month for 36 months, for a total payment of $8,500.00, and upon timely payment of the settlement amount all of the Trustee's claims against the Debtors are fully resolved.

Signed on June 24, 2014

/s/ Walter Shapero
Walter Shapero
United States Bankruptcy Judge